SAVANNAH, FLORIDA & WESTERN RWY. CO. *v.* McMILLAN.

BLECKLEY, C. J.—A decision in a justice's court, made by the presiding justice, to the effect that the plaintiff's evidence is insufficient to uphold the action, though the judgment be one dismissing the suit, is an adjudication upon the merits as to the matter of fact involved in the trial; and the plaintiff is entitled, by virtue of §4157(a) of the code, to appeal to a jury in that court from the judgment so rendered. There was no error in refusing to sanction the petition for *certiorari.*          *Judgment affirmed.*
October 22, 1894.

Petition for *certiorari.* Before Judge SWEAT. Pierce county. May 8, 1894.

McMillan sued the railway company for damages for killing his cow. After plaintiff closed his evidence, the suit was dismissed by the magistrate, upon the ground that the plaintiff failed to prove the killing of the property. Thereupon plaintiff appealed to a jury. Upon the appeal trial defendant moved to dismiss the appeal, upon the ground that an appeal will not lie to review errors of law committed by a justice's court. This motion was overruled, and plaintiff obtained a verdict. Defendant presented its petition for *certiorari,* alleging error in the refusal to dismiss the appeal. Sanction of the petition was refused, and defendant excepted.

Erwin, duBignon & Chisholm and Hitch & Myers, for plaintiff in error.    S. W. Sturgis, *contra.*